# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BERRIAN,<br><br>    Plaintiff,<br><br>    v.<br><br>FCA US, LLC,<br><br>    Defendant. | Case No. 2:21-cv-00710-TLN-JDP<br><br>ORDER REGARDING PROPOSED STIPULATED PROTECTIVE ORDER<br><br>ECF No. 9 |

The parties have proposed a stipulated protective order. ECF No. 9. The court construes this document as a motion for entry of the protective order. For good cause shown, that motion is granted, and the stipulated protective order is approved and so ordered. ECF No. 9.

IT IS SO ORDERED.

Dated: July 6, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2